1008

GORDON V. STENNER, *Respondent,* v. MARTIN J. SWANSON et al., *Appellants.*

GERALD R. MORO, *Appellant,* v. A. R. KINKADE *et al., Respondents.*

WESLEY D. IKENBERRY, *Respondent,* v. BENJAMIN WEISBERG et al., *Appellants.*

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL WILLIAM KNOTTNERUS, *Petitioner.*

THE STATE OF WASHINGTON, *Respondent,* v. DONALD F. ENGLAND, *Appellant.*